# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141546

_____

In re Estate of LUSCINDA JANE STILLSON,
Deceased.

_____

JOHN STILLSON and GARY STILLSON,
       Petitioners-Appellees,

v

FLOYD H. FARMER, JR., Personal Representative
of the Estate of LUSCINDA JANE STILLSON,
       Respondent-Appellant,
and

VICTORIA BROOKS, a Minor, MICHAEL
BROOKS, a Minor, and LLOYD STILLSON,
       Respondents-Appellees.

SC: 141546
COA: 286777
Ottawa PC: 07-054852-DA

_____/

      On order of the Court, the application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010                                      
                                                Clerk

s1209